UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 20-41158

SHERRIE JOHNSON,  Chapter 13

      Debtor.  Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE

On January 28, 2020, the Debtor filed a voluntary petition for relief under Chapter 13, commencing this case, and the Debtor also filed, among other documents, a "Certificate of Counseling" (Docket # 4), which states that on June 15, 2019, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That provision provides in relevant part, that

> an individual may not be a debtor under this title unless such individual has, during the 180-day period ending on the date of filing the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

The Debtor did not receive the required credit counseling briefing *during the 180-day period ending on the date of the filing of her petition*. The Debtor received the credit counseling briefing 227 days before her petition was filed.

Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed on January 31, 2020**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**